IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| RENASANT BANK, | ) | |
| | ) | CIVIL ACTION FILE |
| Plaintiff, | ) | NO 4:18-cv-00102-CDL |
| | ) | |
| v. | ) | |
| | ) | |
| JOSH DYAL, STEPHANIE DYAL, | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER GRANTING MOTION TO STAY PROCEDINGS**

THIS COURT HAVING READ AND CONSIDERED Plaintiff Rensant Bank's ("Plaintiff") Motion to Stay Proceedings ("Motion to Stay"), the Court hereby finds that Defendants Josh Dyal and Stephanie Dyal filed a voluntary petition in the United States Bankruptcy Court for Middle District of Georgia for relief under Chapter 13 of Title 11 of the United State Code ("Bankruptcy Code") in the case of *In Re: Dyal, Josh Wesley*, Case No. 18-40795 on August 10, 2018, and such case is currently pending with an active stay in place pursuant to 11 U.S.C. § 362.

Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion to Stay is GRANTED, and the proceedings in this case, including but not limited to any requirements for motions for default judgment, discovery, or scheduling orders, are

1

stayed pending the dismissal or discharge of the Defendants' bankruptcy, or further order from the Bankruptcy Court modifying the automatic stay to permit the litigation to proceed.

Counsel shall monitor the bankruptcy proceeding and promptly notify the Court when it has been completed, so that the stay in this action may be lifted. The Clerk may administratively close this matter, and it shall be reopened upon motion of counsel.

SO ORDERED this 24th day of October, 2018.

S/Clay D. Land
The Honorable Clay D. Land
Judge, United States District Court
Middle District of Georgia, Columbus Division